# UNITED STATES DISTRICT COURT

for the
Northern District of West Virginia

ORLANDO JORDAN,

*Plaintiff(s)*

v.                                    Civil Action No.    5:23-cv-241

WARDEN BROWN,

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award          ☐ Judgment costs          ☒ Other

other:     The Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED. The Clerk enters judgment in favor of the respondent and  STRIKES this case from the active docket of this Court.

This action was:

☐ tried by jury          ☐ tried by judge          ☒ decided  by judge

decided by Judge   John Preston Bailey

Date:     June 29, 2023

*CLERK OF COURT*
Cheryl Dean Riley
/s/ A. Greenidge

*Signature of Clerk or Deputy Clerk*